646

tioner. *Acting Solicitor General Bell, Assistant Attorney General Morris,* and *Mr. J. Louis Monarch* for the United States.

No. 713. DUBRIN ET AL. *v.* UNITED STATES; and
No. 714. WEINSTEIN *v.* SAME. February 28, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Combs, Jr.* for petitioners in No. 713. *Mr. C. Dickerman Williams* for petitioner in No. 714. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States. Reported below: 93 F. 2d 499.

No. 718. TOMLINSON *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. James A. O'Shea, John H. Burnett,* and *Alfred Goldstein* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 720. MACKENZIE-KENNEDY *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. Herman J. Galloway* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Whitaker,* and *Messrs. Henry A. Julicher* and *Paul P. Stoutenburgh* for the United States.

No. 724. LUPO *v.* ZERBST, WARDEN. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William*